Opinion issued June 7, 2007 

 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00206-CR

____________


JOSLYN CORTEZ, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 339th District Court 

Harris County, Texas

Trial Court Cause No. 1080535






MEMORANDUM OPINION

 On May 9, 2007, appellant Joslyn Cortez filed a motion to dismiss and
withdraw the above- referenced appeal. Attached to the motion is a copy of the trial
court's April 9, 2007 order granting appellant a new trial in cause number 1080535. 
We have not yet issued a decision. See Tex. R. App. P. 42.2(a). Accordingly, the
motion is granted and the appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P. 18.1.

 PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala. 

Do not publish. Tex. R. App. P. 47.2(b).